BERNARD NORTON, Appellant, v. JAMES F. LEAHY and Another, Respondents.— Order reversed, verdict of jury reinstated and motion for new trial denied, with costs. Held, that the learned trial court erred in holding that the collision could not have occurred in the manner described by the plaintiff. All concur.

ALBERT V. HUMBERT, Respondent, v. ANDREW CURTIS, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, it was reversible error for plaintiff's counsel to state, upon the return of the jury into court for instruction, and in answer to the inquiry by the jury, what would become of the horse, " I will stipulate upon the record that this horse will be returned to the defendant." All concur, Clark, J., not sitting.

THE COUNTY OF OSWEGO, Respondent, v. THE STATE OF NEW YORK Appellant. (Claim No. 9173.)— Judgment affirmed, with costs All concur.

CHARLES J. CLARKE, Appellant, v. MARCUS M. MARKS and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

HABIB J. FRANCIS, Respondent, v. HERMAN CASLER and Another, Appellants.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court erred in submitting to the jury the question of whether the son was by age and experience capable of operatidg the car and in permitting the jury to predicate negligence of the defendants upon allowing him to operate the same. All concur.

JAMES J. MORRISEY, Respondent, v. GREAT EASTERN ELEVATOR COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN J. SULLIVAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ZULENA PARKER, Respondent, v. CITY OF LOCKPORT, Appellant.— Judgment and order affirmed, with costs. All concur.

MICHAEL MALONEY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

MAUDE D. TAYLOR, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur.

CAROLINE WILKS, as Administratrix, etc., of JOSEPH WILKS, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur.

EUGENE HAKE, Appellant, v. THE KELLEY ISLAND LIME AND TRANSPORT COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

WILLETT G. WOODWORTH, Respondent, v. RICE BROTHERS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ADELIA BARRINGER, as Executrix, etc., of HENRY F. BARRINGER, Deceased, and Another, Respondents, v. MORRIS KENIN, Appellant.— Judgment and order affirmed, with costs. All concur.

WALTER OLSEN, Respondent, v. JOHN OUGHTERSON, JR., Appellant.— Judgment and order affirmed, with costs. All concur.